UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

                                            Case No.  1:95-cr-91-02

v

                                            Hon. Richard Alan Enslen

SIDNEY JOE DAVIS,

        Defendant.

_____/

ORDER

        At a hearing conducted on July 13, 2006, defendant admitted violating the terms and conditions of supervised release, to wit:  using methamphetamine.  Therefore,

        **IT IS HEREBY ORDERED** that the terms and conditions of supervised release previously imposed are amended as follows:

        **The defendant shall serve six (6) months at the Kalamazoo Probation Enhancement Program (KPEP), 203 Brigden Drive, Battle Creek, Michigan, with immediate work release privileges.  While at KPEP, the defendant shall observe all rules of that facility.**

Dated in Kalamazoo, MI:                                /s/Richard Alan Enslen
July 13, 2006                                              Richard Alan Enslen
                                                             Senior United States District Judge